UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRAIG P. TAFFARO, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-2720 |
| | * | |
| DAVID E. PERALTA, WILLIAM M. McGOEY, JARROD GOURGUES, CLAY DILLON, CRAIG DEHARDE, DONALD BOURGEOIS, and POLICEOFFICER123@YMAIL.COM | * * * | JUDGE FELDMAN MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF DISMISSAL OF COUNT TWO OF ORIGINAL COMPLAINT
PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT, through undersigned counsel, comes Craig P. Taffaro, Jr. and provides the following notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, which provides:

> "**Rule 41. Dismissal of Actions**
>
> **(a) Voluntary Dismissal: Effect Thereof.**
>
> **(1) By Plaintiff; by Stipulation.** Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs..."

Defendants David E. Peralta, William M. McGoey, Clay Dillon, Craig DeHarde and Donald Bourgeois have filed motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure but have <u>not</u> filed an answer or a motion for summary judgment.

Count Two of Taffaro's Original Complaint makes a claim pursuant to 42 U.S.C. § 1985 for conspiracy to violate civil rights, but did <u>not</u> articulated a claim that the conduct complained of was the result of class-based, invidiously discriminatory *animus*, <u>United Brotherhood of Carpenters & Joiners v. Scott</u>, 463 U.S. 825, 103 S.Ct. 3352, 77 L.Ed.2d

1049 (1983)[1]. Accordingly, Taffaro dismisses that claim, reserving all rights pursuant to 42 U.S.C. § 1988(a) under common law and state law.

Taffaro reserves the right to argue that the pending Rule 12(b)(6) motions should be treated as Rule 56 motions for summary judgment, as to which Taffaro intends to file a cross-motion for summary judgment as was the case with the Gourgues 12(b)(6) motion, but that determination has not yet been made by the Court and Taffaro's right to dismiss Count Two of his Original Complaint is presently absolute.

Respectfully submitted:

_____
HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
FAX (504) 586-9715
Email: henry@hlklawoffice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A COPY OF THIS DOCUMENT HAS BEEN SERVED UPON COUNSEL OF RECORD BY CM/ECF NOTIFICATION AND/OR BY FAX OR U.S. MAIL, PROPERLY ADDRESSED, WITH POSTAGE PREPAID ON THIS ___ DAY OF ___, 2013.

_____

---

[1] Defendants McGoey, Dillon, DeHarde and Bourgeois did *not* raise the issue regarding invidiously discriminatory *animus*. Only defendant Peralta pleaded that defense. Notwithstanding, we are duty-bound to withdraw the claim.

2