UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CRAIG P. TAFFARO, JR.                        CIVIL ACTION

v.                                           NO. 12-2720

DAVID E. PERALTA, ET AL.                     SECTION "F"


ORDER

Before the Court are six motions:

(1)   plaintiff's motion for partial summary judgment;
(2)   motion to dismiss filed by defendants McGoey, Dillon, DeHarde, and Bourgeois;
(3)   motion to dismiss filed by defendant Peralta;
(4)   motion to strike Taffaro's statement of uncontested material facts filed by defendants McGoey, Dillon, DeHarde, and Bourgeois;
(5)   Peralta's motion to dismiss or strike plaintiff's motion for partial summary judgment; and
(6)   Peralta's motion to expedite hearing on his motion to dismiss or strike plaintiff's motion for summary judgment.

IT IS ORDERED: that the submission date on motions (1) through (5) is continued to April 10, 2013, on the papers, unless otherwise ordered.  IT IS FURTHER ORDERED: that any opposition papers, to the extent they have not been submitted, must be filed no later than March 13, 2013.[1]  IT IS FURTHER ORDERED: that any requests for

---

[1]The plaintiff's opposition papers, which plaintiff designated as both a memorandum in opposition and a memorandum in further support of his motion for summary judgment, were marked 'DEFICIENT' by the Clerk's Office because leave of Court is required to file memoranda in further support of moving papers (reply papers).  The Court notes that there are two separate types of relief being requested of the Court: defendants request dismissal of plaintiff's lawsuit and plaintiff requests summary

1

leave to submit reply papers must be filed no later than March 20, 2013. Finally, IT IS FURTHER ORDERED: that Peralta's motion to expedite the hearing on his motion to dismiss or strike plaintiff's motion for summary judgment is DENIED as moot.

The Court cautions counsel not to allow their advocacy to interfere with their professionalism and, in particular, to be mindful of crafting coherent and concise factual presentations, as well as thoughtful argument supported by case literature. This Court expects counsel to showcase only their legal writing skills; federal court is no place for drama and false theater. As always, all counsel should be mindful of their professional obligations under Rule 11 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1927.

New Orleans, Louisiana, March 5, 2013

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

judgment on one issue. Plaintiff would be best-served by addressing in his opposition papers legal authority focused on the defendants' arguments for dismissal. Plaintiff can, separately, seek leave to reply to defendants' responsive arguments pertaining to plaintiff's distinct motion for summary judgment.