UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRAIG P. TAFFARO, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-2720 |
| | * | |
| DAVID E. PERALTA, WILLIAM M. McGOEY, JARROD GOURGUES, CLAY DILLON, CRAIG DEHARDE, DONALD BOURGEOIS, and POLICEOFFICER123@YMAIL.COM | * * * | JUDGE FELDMAN MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

Please take NOTICE that Craig P. Taffaro, Jr., will submit his <u>MOTION FOR RELEASE OF ALL BOXES OF DOCUMENTS BEING HELD UNDER LOCK BY DAVID E. PERALTA AND/OR BY ST. BERNARD PARISH</u> for consideration on the 19th day of June, 2013, or as soon thereafter as the court may so order.

Respectfully submitted:

*[signature]*

HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
FAX (504) 586-9715
Email: henry@hlklawoffice.com

4